**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Jeffrey M. Wiltse,<br>Plaintiff,<br>v.<br>Las Vegas Metropolitan Police Department,<br>Defendant. | Case No. 2:26-cv-02292-APG-DJA<br>**Order** |

This matter is before the Court on *pro se* Plaintiff Jeffrey M. Wiltse's application to proceed in district court without prepaying fees or costs. (ECF No. 1). The form appears similar to the form provided by the Court, but contains some differences. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee) "must be made on the form provided by the court."[1] Plaintiff must therefore use the form on the Court's website.

Additionally, Plaintiff's application is missing certain information. Under 28 U.S.C. § 1915(a)(1), a plaintiff may bring a civil action "without prepayment of fees or security therefor" if the plaintiff submits a financial affidavit that demonstrates the plaintiff "is unable to pay such fees or give security therefor." The Ninth Circuit has recognized that "there is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn [*in forma pauperis*] status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). An applicant need not be destitute to qualify for a waiver of costs and fees, but he must demonstrate that because of his poverty he cannot pay those costs and still provide himself with the necessities of life. *Adkins v. E.I DuPont de Nemours & Co*., 335 U.S. 331, 339 (1948).

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

The applicant's affidavit must state the facts regarding the individual's poverty "with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (citation omitted). If an individual is unable or unwilling to verify his or her poverty, district courts have the discretion to make a factual inquiry into a plaintiff's financial status and to deny a request to proceed *in forma pauperis*. *See, e.g.*, *Marin v. Hahn*, 271 Fed.Appx. 578 (9th Cir. 2008) (finding that the district court did not abuse its discretion by denying the plaintiff's request to proceed *in forma pauperis* because he "failed to verify his poverty adequately"). "Such affidavit must include a complete statement of the plaintiff's personal assets." *Harper v. San Diego City Admin. Bldg.*, No. 16-cv-00768 AJB (BLM), 2016 U.S. Dist. LEXIS 192145, at *1 (S.D. Cal. June 9, 2016). Misrepresentation of assets is sufficient grounds for denying an *in forma pauperis* application. *Cf. Kennedy v. Huibregtse*, 831 F.3d 441, 443-44 (7th Cir. 2016) (affirming dismissal with prejudice after litigant misrepresented assets on *in forma pauperis* application).

In his application, Plaintiff claims to receive Social Security Disability Income, but to not know how much he receives because his mother is a representative payee and handles the funds. Plaintiff also claims to make some money from selling personal and estate items, but that the "net proceeds are being verified." He also claims that he has potential interests in "The Block Times/NFT-related IP or royalties" that are "disputed, illiquid, and produce no known current income." He claims that his "[v]ehicle status/value is unknown" because his mother manages the finances. Plaintiff also asserts that his monthly bills exceed his Social Security income, but also claims to not know the exact monthly amounts because his mother manages the finances.

While the Court appreciates Plaintiff's detailed answers, Plaintiff has not provided sufficient information for the Court to determine whether Plaintiff qualifies for *in forma pauperis* status. Even though Plaintiff does not handle his finances and is uncertain about certain income and the valuation of certain property, Plaintiff must do his best to learn and estimate the amount of income he makes each month from each source and the value of his property on his *in forma pauperis* form. He must also attempt to learn and estimate the amount of bills his income covers each month. Because Plaintiff's application is not on the correct form and does not provide

sufficient information for the Court to determine whether Plaintiff qualifies for *in forma pauperis* status, the Court denies Plaintiff's application without prejudice.

Finally, Plaintiff's address on the docket is incomplete, so the Court cannot send him paper copies of documents. And Plaintiff has not otherwise consented to electronic service of documents. *See* LR IC 1-1(h) (explaining that the clerk must give notice in paper form to any person who has not consented to electronic service under the Federal Rules of Civil and/or Criminal Procedure and the Local Rules). So, the Court will require Plaintiff to update his address. *See* LR IA 3-1.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **email** Plaintiff a copy of this order and the Short Form application to proceed *in forma pauperis* and its accompanying instruction packet.[2]

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 16, 2026,** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee.

**IT IS FURTHER ORDERED** that Plaintiff must update his address on or before **November 16, 2026.**

**IT IS FURTHER ORDERED that Plaintiff is advised that failure to comply with this order may result in a recommendation to the district judge that the case be dismissed.**

DATED: October 2, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This form can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.